IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 09-cv-0106-MJR-DGW |
| ) | |
| LORI ANN PEACOCK, ) | |
| and VILLAGE OF BLUFORD, ) | |
| ) | |
| Defendants. ) | |

**DECREE CONFIRMING**
**UNITED STATES MARSHAL'S REPORT OF SALE**

REAGAN, District Judge:

      The undersigned Judge appointed United States Marshal Don Slazinik to sell the property at issue herein and otherwise effectuate this Court's May 28, 2009 "Judgment and Order Directing Sale of Mortgaged Property." On August 26, 2009, Marshal Slazinik filed his report of sale (Doc. 13). Having reviewed that report, the Court finds that the United States Marshal has proceeded in accordance with the terms of the Judgment and Order and that the sale was fairly made. Therefore, the undersigned Judge **APPROVES AND CONFIRMS** the report and sale.

      IT IS SO ORDERED.

      DATED this 28th day of August 2009.


                                    s/ Michael J. Reagan
                                    MICHAEL J. REAGAN
                                    United States District Judge